**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS WILLIAMS,<br><br>           Petitioner,<br><br>     v.<br><br>COURT OF APPEALS,<br><br>           Respondent. | ) NO. CV 10-06532 SJO (SS)<br>)<br>)<br>)<br>)         **JUDGMENT**<br>)<br>)<br>)<br>) |

Pursuant to the Court's Order Dismissing Habeas Action Without Prejudice,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 22, 2010

*S. James Otero*

———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE